UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 03-64

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.                                                    **ORDER**

PHILLIP TURNER                                                                            DEFENDANT

\* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Defendants' Supervised Release violation Report filed by the United States Probation Office and the Report and Recommendation [DE #41] made by the United States Magistrate Judge with no objection having been filed. Accordingly, the Court, having examined the record and having made a *de novo* determination, is in agreement with the Magistrate Judge's report and recommendation.

Therefore, the Court, being otherwise fully and sufficiently advised, HEREBY ORDERS that

(1) the Magistrate Judge's Report and Recommendation [DE #41] is ADOPTED as and for the opinion of the Court;

(2) the Defendant's supervised release is REVOKED and shall remain in custody of the Bureau of Prisons for a term of twenty (20) months;

(3) The Defendant's imprisonment shall be followed by a new term of supervised release of 16 months with the same conditions that currently exist.

This the 4th day of January, 2008.



**Signed By:**

*Karen K. Caldwell*

**United States District Judge**